UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV24-05482 JAK (JPRx) | Date | September 30, 2024 |
| Title | Iman Zahedi, et al. v. Liberty Insurance Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | April Benson |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| M. Maral Zahedi | Garrett Owens |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND AND FOR FEES AND COSTS (DKT. 15)**

The motion hearing is held. Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court orders Defendant to proffer evidence on or before October 7, 2024, to support its position that Liberty Insurance Corporation is the insurer on Plaintiffs' policy, that it is a citizen of a state other than California, and the relationship between Liberty Insurance Corporation and each of the Liberty entities identified on the certificate of interested parties. After the evidence is filed, the parties shall meet and confer and then file a joint report stating their collective and/or respective positions as to whether any discovery is required on the issue of the citizenship of Liberty Insurance Corporation, and/or whether any further briefing on the motion to remand is warranted, and if so, on what schedule.

**IT IS SO ORDERED.**

| | : | 21 |
|---|---|---|
| Initials of Preparer | TJ | |